

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 8/30/2017

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS:**
Lockton Companies
8110 E. Union Avenue
Suite 700
Denver CO 80237

**PHONE (A/C. No. Ext):** (303) 414-6000

**COMPANY NAME AND ADDRESS:** Liberty Mutual Fire Insurance Company
**NAIC NO:** 23035

**FAX (A/C. No):**
**E-MAIL ADDRESS:**

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**CODE:** **SUB CODE:**
**AGENCY CUSTOMER ID #:** 1103992

**POLICY TYPE:** Property

**NAMED INSURED AND ADDRESS:**
Yummy Seafoods, LLC
17774 Preston Road
Dallas, TX 75252

**LOAN NUMBER:**
**POLICY NUMBER:** YU2L8L024870
**EFFECTIVE DATE:** 9/17/2017
**EXPIRATION DATE:** 9/17/2018
**CONTINUED UNTIL TERMINATED IF CHECKED:** ☐

**ADDITIONAL NAMED INSURED(S):**
**THIS REPLACES PRIOR EVIDENCE DATED:**

**PROPERTY INFORMATION** (ACORD 101 maybe attached if more space is required)    [X] BUILDING OR    [X] BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION:**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION** PERILS INSURED: BASIC ☐  BROAD ☐  SPECIAL [X]

**COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:** $ 75,000,000    **DED:** 25,000

| | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|
| [X] BUSINESS INCOME  [X] RENTAL VALUE | X | | | If YES, LIMIT: Included | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | | |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | X | | | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: 1,000,000 | DED: n/a | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | RM 11 19 | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | | X | | If YES,        % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: Included | DED: 25,000 | |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: Included | DED: 25,000 | |
|    - Demolition Costs | X | | | If YES, LIMIT: 5,000,000 | DED: 25,000 | |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT: Included | DED: 25,000 | |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: See Attachment | DED: See Attachment | |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: See Attachment | DED: See Attachment | |
| WIND / HAIL INCL  [X] YES  ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT: See Attachment | DED: See Attachment | |
| NAMED STORM INCL  [X] YES  ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT: See Attachment | DED: See Attachment | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**    [M480200]

☐ CONTRACT OF SALE    ☐ LENDER'S LOSS PAYABLE    ☐ LOSS PAYEE
☒ MORTGAGEE

**LENDER SERVICING AGENT NAME AND ADDRESS:**

**NAME AND ADDRESS:**
553161
J Lou Properties LLC
1613 N Broadway Ave.
Suite B
Oklahoma City, OK 73130

**AUTHORIZED REPRESENTATIVE:** *Charles M. McDaniel*

© 2003-2015 ACORD CORPORATION.  All rights reserved.

ACORD 28 (2016/03)    The ACORD name and logo are registered marks of ACORD

**EXHIBIT 1**

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

RE: 1100 Moore Avenue – Moore, OK.

**ACORD 28(2016/03)**

Certificate Holder ID: 553161

**Earth Movement**

**Sublimit**
$25,000,000 (excludes Alaska, California, Hawaii, Nevada, Puerto Rico and Puget Sound) / $10,000,000 for New Madrid

**Deductibles**
(1) New Madrid - 2% of the TIV; plus 2% of the full annual business income value which you would have earned in the twelve (12) month period following the loss had no loss occurred subject to a minimum deductible of $50,000
(2) All Other Locations - $25,000

**Flood**

**Sublimit**
$25,000,000 for Group #1; $15,000,000 for Group #2 and #3

**Deductibles**
(1) Group #1 and  #2 - $50,000
(2) Group #3 - $500,000

**Wind & Hail Deductible:**
**$100,000** per occurrence

**Named Storm**

**Sublimit**
Included in Loss Limit

**Deductible**
(1) $50,000 - Second Tier Wind Counties and Additional First Tier Counties
(2) 2% subject to $100,000 minimum - First Tier Wind Counties and Harris County, TX
(3) 5% subject to $250,000 minimum - Florida, Hawaiian Islands and Puerto Rico
(4) $100,000 - New York Counties and Suffolk and Nassau