# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| J LOU PROPERTIES, LLC, an Oklahoma Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 5:20-cv-00502-R ) |
| LOCKTON COMPANIES, LLC, a Missouri Limited Liability Company, | ) ) ) ) |
| Defendant. | ) |

## SECOND AMENDED DISCLOSURE OF LOCKTON COMPANIES, LLC

Defendant Lockton Companies, LLC, by and through undersigned counsel, hereby states:

1. Defendant Lockton Companies, LLC is a Missouri limited liability company;

    a. Lockton Insurance Agency, LLC, a Missouri limited liability company, is the sole member of Lockton Companies, LLC;

    b. Lockton Operating Companies, LLC, a Missouri limited liability company, is the sole member of Lockton Insurance Agency, LLC;

    c. Lockton Partners, LLC, a Missouri limited liability company, is the sole member of Lockton Operating Companies, LLC;

    d. LPCM, LLC, a Missouri limited liability company, is the sole member of Lockton Partners, LLC;

    e. Lockton, Inc., a Missouri S-Corporation, is the sole member of LPCM, LLC;

    f. Lockton, Inc. is a Missouri corporation and has its principal place of business in Kansas City, Missouri. It has issued no shares to the public and has no shareholder that is an Oklahoma resident.

g. There are no individual members of any "Lockton Company" set forth in (a) – (e).

Respectfully submitted,

*/s/ Casey O. Housley*
Casey O. Housley     OBA No. 19726
SANDERS WARREN RUSSELL & SCHEER LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
Telephone:     913-234-6100
Facsimile:     913-234-6199
c.housley@swrsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Michael D. McGrew
McGrew, McGrew, & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
mcgreslaw@yahoo.com

*/s/ Casey O. Housley*
Attorney